UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Derick Ortiz,

    v.                                                           Civil No. 19-cv-1025-JL

Sig Sauer, Inc.,

## DISCOVERY ORDER

On January 6, 2021, the court held a conference over the court's online video-conferencing platform, during which the parties discussed their disputes surrounding five of the plaintiff's Requests for Production. Prior to the conference, on January 4, the parties also provided written submissions to the court summarizing their positions on each dispute. After considering the points raised by the parties, the court orders as follows:

1. Request for Production No. 2: As discussed during the conference, the defendant shall produce documents responsive to this Request with respect to the following cases: *Jinn v. SIG SAUER, Inc.*, No. 1:20-cv-01122 (S.D.N.Y.); *Herman v. SIG SAUER, Inc.*, No. 5:20-cv-00094 (W.D. Okla.); *Frankenberry v. SIG SAUER, Inc*, No. 4:19-cv-02990 (D.S.C. Oct 22, 2019); and *Vadnais v. SIG SAUER, Inc.*, No. 1:18-cv-00540-LMB-IDD (E.D. Va.). The plaintiff represented that the defendant had already produced the documents from *Sheperis v. SIG SAUER, Inc.*, No. 3:17-cv-011318-JCH (D. Conn).

2. Request for Production No. 3: The defendant shall produce documents responsive to this Request to the extent that it has not yet produced them. The court reminds the parties that the court entered a Protective Order in this case on July 7, 2020.

3. Request for Production No. 13: During the conference, counsel for the defendant stated that it can provide the plaintiff with the fields of customer information in the defendant's possession. Counsel for the plaintiff also requested a count of the number of data points

in each field.  Following this, the parties agreed to work together to resolve the dispute surrounding this Request.  The parties can contact the court for further involvement if needed.

4. Request for Production No. 19: By **Wednesday, January 13, 2021**, counsel for the defendant shall identify three custodians who are most responsible for this subject matter, and the parties shall agree to four search terms relevant to this Request.  The same four search terms will be applied to search the documents of all three custodians.

5. Request for Production No. 23: By **Wednesday, January 13, 2021**, counsel for the defendant shall identify three custodians who are most responsible for this subject matter, and the parties shall agree to four search terms relevant to this Request.  The same four search terms will be applied to search the documents of all three custodians.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: January 7, 2021

cc:    Benjamin T. King, Esq.
       Joseph Marchese, Esq.
       Joshua Arisohn, Esq.
       Neal J. Deckant, Esq.
       Charles G. Douglas III, Esq.
       Michael J. Quinn, Esq.
       Robert L. Joyce, Esq.
       Benjamin B. Folsom, Esq.
       Brian Keith Gibson, Esq.