UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DERICK ORTIZ
Plaintiff(s)/United States

v.                                            Case No. 1:19-cv-01025-JL

SIG SAUER, INC.,
Defendant(s)

## NOTICE OF CONVENTIONAL FILING

Please take notice that Derick Ortiz, Plaintiff has conventionally filed the following attachment or exhibit: Exhibit 73 to the Declaration of Joseph I. Marchese.

This attachment or exhibit has not been filed electronically because:

This document contains or references materials designated by Defendant SIG Sauer, Inc. as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" or "ATTORNEYS' EYES ONLY." There is a compelling reason to shield this information from public disclosure given SIG's privacy interests.

Date: 08/13/2021

/s/ Joseph Marchese
Joseph Marchese
Admitted Pro Hac Vice
BURSOR & FISHER, P.A.
888 7th Avenue
New York, NY 10019
(646) 837-7150
jmarchese@bursor.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

| | |
|---|---|
| **LITTLETON PARK JOYCE UGHETTA & KELLY LLP** | **McLANE MIDDLETON, PROFESSIONAL ASSOCIATION** |
| Robert L. Joyce, Robert.Joyce@littletonpark.com | Michael J. Quinn, mike.quinn@mclane.com |
| B. Keith Gibson, Keith.Gibson@littletonpark.com | Benjamin B. Folsom, benjamin.folsom@mclane.com |
| 4 Manhattanville Road, Suite 202 | 900 Elm Street, P.O. Box 326 |
| Purchase, NY 10577 | Manchester, NH 03105-032610577 |

Date: 08/13/2021

/s/ Joseph Marchese
Joseph Marchese
Admitted Pro Hac Vice
BURSOR & FISHER, P.A.
888 7th Avenue
New York, NY 10019
(646) 837-7150
jmarchese@bursor.com