IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DERICK ORTIZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>SIG SAUER, INC.,<br><br>               Defendant. | CASE NO. 1:19-cv-01025-JL |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO EXCLUDE DEFENDANT'S
<u>PROFERRED EXPERT DR. ANDREW LEMON</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the Declaration of Joseph I. Marchese, the exhibits attached thereto, and the accompanying Memorandum of Law, Plaintiff Derick Ortiz hereby moves before the Honorable Joseph N. Laplante for an Order, pursuant to Fed. R. Evid. 702, to exclude Defendant Sig Sauer, Inc.'s proffered expert Dr. Andrew Lemon.

Dated: October 13, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Joseph I. Marchese*
        Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice*)
NY State Bar No. 4238317
Joshua D. Arisohn (*pro hac vice*)
NY State Bar No. 4495198
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com
          jarisohn@bursor.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant (*pro hac vice*)
CA State Bar No. 322946
NY State Bar No. 5026208
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com

**DOUGLAS, LEONARD & GARVEY, P.C.**
Charles G. Douglas, III
NH Bar #669
Benjamin T. King
NH Bar #12888
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988

E-Mail:  chuck@nhlawoffice.com
         benjamin@nhlawoffice.com