# Exhibit 1

1          IN THE UNITED STATES DISTRICT COURT

2

3            FOR THE DISTRICT OF NEW HAMPSHIRE

4

5      ************************************

6

7      DERICK ORTIZ, individually and on behalf of all

8

9      others similarly situated,

10

11     VS            NO:  1:19-CV-01025-JL

12

13     SIG SAUER, INC.

14

15     ************************************

16

17

18

19               DEPOSITION OF SEAN TONER

20

21        This virtual deposition taken by agreement of

22

23     counsel, on May 19, 2021, commencing at 10:00 a.m.

Page 1

1              it first started the design phase in the

2              spring of 2013?

3      A       Yes.

4      Q       Have you consistently worked on the P320 since

5              you were staffed to it in the spring of 2013?

6      A       I worked on the P320 for approximately three

7              years until 2016, at which time I transitioned

8              over to a team lead position in the suppressor

9              product line in our company, and then I went

10             back to the pistol P320 team in roughly the

11             spring of 2017.

12     Q       So early 2016, you left to work on suppressor

13             projects?

14     A       Correct.

15     Q       Did you leave to work on suppressor projects,

16             if you recall, before or after April 2016?

17     A       Can you say that again?  You broke up.

18     Q       Do you recall when you left for suppressor

19             projects, was that before or after April of

20             2016?

21     A       I believe it was before.  It was probably more

22             in the March time frame.

23     Q       Were you working on the P320 project when the

SEAN TONER          May 19, 2021

```
 1            U.S. Army approached Sig about the discovery
 2            of some drop fire issues with the M17, were
 3            you on the P320 project at the time, I believe
 4            it was April of 2016?
 5     A      I was on the project when the Army informed us
 6            of the drop fire incident, but that was not in
 7            2016.  It was in February of 2017.
 8     Q      Thank you.  So you were working on the P320
 9            project in February 2017 when the Army
10            approached Sig, correct?
11     A      Correct.
12     Q      And you were working on the P320 project when
13            the U.S. Army selected the pistol for the M17
14            pistol, right?
15     A      At the time that was roughly January of 2017,
16            I was still with the suppressor team, but once
17            we won the contract, I was transitioned over,
18            back over to the pistol.
19     Q      Got it.  So you have been deposed previously,
20            right?
21     A      Yes.
22     Q      How many times have you had your deposition
23            taken?
```

Veritext Legal Solutions
866 299-5127

```
 1              context?
 2    A    It depends on context, both the Sig Sauer or
 3         the contractor, if you want to use a generic
 4         term, can submit an ECP and also the Army or
 5         the government contractor can -- government
 6         entity can submit an ECP.
 7    Q    And did an ECP occur with the M17 service
 8         pistol in early 2017?
 9    A    I don't remember the exact date of when we
10         submitted our ECP, but yes, we did submit an
11         ECP.
12    Q    What was the nature of the ECP?
13    A    After the Army informed us about this problem,
14         we decided to take some mass out of the
15         components, and that is what that ECP was for.
16    Q    Why did you decide to take some mass out of
17         the components?
18    A    With further testing and evaluation, we saw
19         that the trigger was pulling itself,
20         essentially moving on its own when dropped at
21         certain angles, and reducing the mass
22         eliminated that deficiency.
23    Q    Did the Army consider this a problem?
```

```
 1           not.
 2    Q      I don't mean to put you on the spot, would you
 3           say the U.S. Army has more or less experience
 4           in pistol design and engineering than Sig
 5           Sauer?
 6    A      It sounds like a pretty -- you are asking for
 7           my opinion.  I would say Sig Sauer has got
 8           more experience.
 9    Q      Okay.  Is the P320 drop safe?
10    A      Yes, it passes U.S. safety standards.
11                   MR. JOYCE:  I am just going to
12           object based on time frame, in terms of which
13           iteration of the design you are talking about.
14    Q      Let me try that again.
15                   For P320s that have not been sent in
16           to the voluntary upgrade program, let's say
17           preupgrade of P320s, are those pistols drop
18           safe?
19    A      Yes, they pass U.S. safety standards for CME
20           and NIJ and some state compliance.
21    Q      Are those pistols safe to drop?
22    A      Yes, per the safety standards that are
23           available, yes.
```

SEAN TONER          May 19, 2021

1    A    In connection with P320?

2    Q    Yes.

3    A    He had no role.

4    Q    Let me try that again.

5                   What was his role with the M17

6         project?

7    A    He is the program manager, so we have two

8         program managers at Sig for the MHS program or

9         had, excuse me.  His role was mainly to more

10        customer interaction where the secondary

11        program manager was dealing with more

12        production side.

13   Q    Do you agree with Mr. Bailey that dropping any

14        weapon with the safety off is inherently

15        dangerous?

16   A    Safe handling of a firearm, loaded weapon of

17        any type, if you drop it, you are not

18        guaranteed that it is not going to go off.

19   Q    That is based on an understanding that

20        safeties are mechanical devices.  They can

21        fail.  It is always possible that a pistol can

22        fire when dropped, right?

23   A    Yes, and in our manual, we clearly state that.

Page 45

1           explicitly.  I think it was 2 meters high at

2           multiple angles.

3      Q    Did Kirikou indicate that they had any drop

4           issues at this time?

5      A    I don't recall whether they dropped Sig Sauer

6           pistols or not.  I know they said they had

7           some experience with that problem with other

8           weapons.

9      Q    Okay.  And this does not refresh your

10          recollection as to whether this was before or

11          after the Army got in contact with Sig, right?

12     A    Based on this e-mail, it looks like it is in

13          January of '17, so it would be somewhere just

14          before the Army notified us over that problem.

15     Q    And I assume LW trigger, that refers to

16          lightweight trigger, right?

17     A    Yes.

18     Q    And am I correct that at a general level, the

19          voluntary upgrade program replaced the trigger

20          with a lightweight trigger, is that correct?

21     A    Yes.

22     Q    And the sear is replaced too for the voluntary

23          upgrade program, right?

SEAN TONER          May 19, 2021

1   A   Yes.

2   Q   The voluntary upgrade program, that replaces a

3       sear with a lighter sear, is that true as

4       well?

5   A   Can you say that again?

6   Q   Yes, the change to the sear pursuant to the

7       voluntary upgrade program, would that be a

8       lighter sear pursuant to the upgrade?

9   A   Yes, it is a reduced mass sear compared to the

10      preupgrade model.

11  Q   Is the striker pin change pursuant to the

12      voluntary upgrade program?

13  A   Yes, we also reduced the mass of the striker.

14  Q   In the voluntary upgrade program, did Sig

15      change the sear spring?

16  A   No.

17  Q   So the trigger striker pin and sear though are

18      replaced components in the voluntary upgrade

19      program, right?

20  A   Yes.

21  Q   And those three components, the trigger,

22      striker pin and sear were all replaced with

23      more -- with lighter components, right?

Page 62

SEAN TONER        May 19, 2021

1   A   Yes, reduced mass components.

2   Q   So you are testing here certain changes that

3       were ultimately made through the voluntary

4       upgrade program, right?

5   A   I am sorry.  Can you say that again?

6           MR. JOYCE:  Objection to form.  You

7       can answer over objection.

8   Q   So through this drop testing with a lighter

9       trigger, striker pin and sear, you are

10      essentially testing components that ultimately

11      were implemented in the voluntary upgrade

12      program, meaning a lighter striker pin and

13      sear, right?

14  A   They didn't end up being the exact geometry

15      and form that we used in the voluntary upgrade

16      program, but they were reduced mass.

17  Q   Were you testing a lighter trigger, striker

18      pin and sear in connection with any

19      anticipated drop issues at this time?

20  A   Again, this was for a specific customer,

21      international customer, that was testing to a

22      standard that was above and beyond even the

23      military standard of the U.S. government.

Page 63

1          where he says, actually, third sentence.

2                    Do you see where he says, "I have

3          attached a link to a video so you can see what

4          happens - the first link is best.  When the

5          slide and frame impact the concrete at the

6          same moment, the trigger continues to move to

7          the rear, just enough to deactivate the

8          safeties and apparently cause the striker to

9          move forward with enough force to fire. In

10         other words, everything works as designed and

11         no safeties fail.  The trigger just pulls

12         itself."

13                    Do you see that?

14    A    Yes.

15    Q    Is that an accurate synopsis of the drop fire

16         issue with the P320?

17    A    Let me read it again, please.

18    Q    Sure.

19    A    Yes, what he is describing is when the gun

20         impacts the ground or the concrete at an angle

21         where the slide hits first, it causes the

22         trigger to keep moving through inertia, and

23         that is what is activating the weapon.

Page 68

1    Q    And when I say lightweight components, I mean

2         the trigger, sear and striker safety.  Those

3         were replaced with lighter weight components,

4         right?

5    A    No.

6    Q    Okay.  Was the trigger replaced with a lighter

7         trigger as part of the voluntary upgrade

8         program?

9    A    Yes.

10   Q    Was the sear replaced with a lighter sear as a

11        result of the voluntary upgrade program?

12   A    Yes.

13   Q    Now, as it relates to drop safety and not the

14        out-of-battery discharge issue alleged in

15        Hartley, drop safety only, what components

16        were changed in connection with the voluntary

17        upgrade program?

18   A    The trigger was replaced with a lighter

19        version, reduced mass, I should say.  The sear

20        was replaced with a reduced mass version, and

21        the striker pin was replaced with a reduced

22        mass version.

23   Q    Striker pin, okay.  Thank you.

```
 1                    Were there any other parts changes
 2          relevant to drop safety enacted through the
 3          voluntary upgrade program for the P320?
 4      A   We did change the safety lever.  We went from
 5          a noncaptive safety level to a captive safety
 6          level, so it was captive on the trigger bar.
 7      Q   What do you mean by that?  I am sorry, I don't
 8          even understand those words.
 9                    In plain English, what is that?
10      A   So when a user pulls the trigger, that
11          rearward motion of the trigger causes the
12          trigger bar to move forward.  In turn, the
13          safety lever is in front of the trigger bar,
14          so when the trigger bar moves forward, the
15          safety lever rotates upward or in a
16          counterclockwise motion if you are looking
17          from the right side of the weapon, and the
18          earlier designs of the 320 utilized a spring
19          and a safety lever in combination that kept it
20          in place, but on the upgraded version, we put
21          a leg or material behind the trigger bar so
22          that the safety lever would only rotate with
23          the trigger bar so that when the trigger bar
```

Page 86

1           is at rest, it prevents that safety lever from

2           rotating up.

3     Q     Okay.  I am not an engineer.  So again, this

4           is relevant to drop safety?

5     A     It is a redundant part of it, yes, there is a

6           minor portion of that.

7     Q     So are there any other parts at issue in the

8           voluntary upgrade program relative to drop

9           safety other than the new trigger, sear,

10          striker pin and safety lever?

11    A     No.

12    Q     And pursuant to the voluntary upgrade program,

13          did Sig use the same components for the

14          trigger, sear, striker pin and safety lever

15          for the various models of P320s?

16    A     Can you say that again?  I am sorry, I lost

17          you there.

18    Q     So if someone were to send in a pistol to the

19          voluntary upgrade program, Sig, among other

20          component changes, would change out the

21          trigger, sear and striker pin safety lever,

22          right?

23    A     Yes.

Veritext Legal Solutions
866 299-5127

SEAN TONER        May 19, 2021

```
 1    Q    And when Sig does that, would it use the same
 2         components in one P320 as opposed to another
 3         P320 sent in through the voluntary upgrade
 4         program?
 5    A    Yes, they would all be the same.
 6    Q    What did Sig find when it conducted drop
 7         testing with these new components after --
 8         strike that.
 9              What did Sig find after conducting
10         drop testing with the new components?
11    A    So we found that we enhanced our drop safety
12         capability, and that we could pass other
13         standards that were beyond what the current
14         U.S. standards of SAAMI and NIJ are.
15    Q    Can we flip back to the second page for just a
16         moment, and let's look at that first bullet
17         point.  It says, problem recognized in P320.
18              Do you see that?
19    A    Yes.
20    Q    Do you agree that the drop issue is a problem?
21    A    Again, it depends on what standard you are
22         comparing it to.  U.S. standards are not very
23         stringent, so our gun, our design has passed
```

Page 88

1            production?

2     A    Give me a moment to review the document,

3            please.

4     Q    Yes, please.

5     A    Can you repeat the question?

6     Q    Can the court reporter please read back my

7            question, please?

8                    (The record was read.)

9     A    Yes.

10    Q    And again, for my next set of questions, I

11           will try to make this clear for the record, I

12           am only interested in the components that are

13           actually relevant to drop safety, meaning the

14           trigger, the sear, the striker pin and the

15           safety lever.

16                    So those four postupgrade

17           components, are those the same components that

18           were ultimately used in the M17 and M18

19           project?

20    A    So are you asking me if the components listed

21           in this document are the ones we used in the

22           M17 and M18?

23    Q    Yes.

SEAN TONER          May 19, 2021

```
 1    A    Other than differences in part numbers, yes.

 2    Q    I am sorry, I am confused by that answer.

 3               So those are the same components,

 4         though the part numbers may be different?  Did

 5         I get that right?

 6    A    Correct, we have a unique set of numbers for

 7         the MHS program.

 8    Q    So even though the part numbers are the same,

 9         the components would function the same between

10         the M17 and civilian 320, right?

11    A    Yes.

12               MR. JOYCE:  You said even though the

13         part numbers are the same.

14               MR. DECKANT:  Thank you.  Early

15         morning here for me, early start.

16               MR. JOYCE:  No worry.

17    Q    Apart from the different part numbers, those

18         four components, the trigger, sear, striker

19         pin and safety lever, would function the same

20         between the M17 and M18 and the civilian

21         upgrade of the P320, right?

22    A    Correct.

23    Q    And again, I am only asking in the context of
```

Veritext Legal Solutions
866 299-5127

1           break for?

2                       MR. DECKANT:  Up to you.

3                       MR. JOYCE:  45 minutes, does that

4           work for you?

5                       THE WITNESS:  Yes, that is fine.

6           That is what I was going to suggest.

7                       MR. DECKANT:  Let's reconvene at

8           1:45.

9                       THE VIDEOGRAPHER:  It is 12:56.  We

10          are going off the record.

11                      (LUNCHEON RECESS.)

12                      THE VIDEOGRAPHER:  We are back on

13          the record.  The time is 1:50.

14      FURTHER INTERROGATORIES BY MR. DECKANT:

15                      THE WITNESS:  Before I get started,

16          I would like to offer a clarification on one

17          of my previous answers.

18      Q   Okay.

19      A   You had asked the question about the Army and

20          how they deviated from the TOP standard, and

21          can you just repeat that question again, and I

22          will answer it and clarify that.

23      Q   Sure.  I don't exactly recall, but I think

                                            Page 104

SEAN TONER          May 19, 2021

1          what we are getting at is I may have asked, in

2          what ways did the Army's test deviate from

3          their TOP standard?

4     A    So when the Army was testing the M17 and M18,

5          they tested it with mechanical safety in the

6          off position as well as additional angles that

7          are beyond what the TOP outlines.

8     Q    Got it.  It was one of those additional angles

9          where they noticed the drop fire issue, right?

10    A    Correct.

11    Q    Did they notice the drop fire issue at one of

12         the angles originally called for from the

13         original TOP protocol?

14    A    No, it was an angle that was not part of the

15         standard.

16    Q     I am going to introduce another document.

17         Give me a second.  It is Exhibit 2.  Please

18         let me know when you have Exhibit 2 available.

19                    (Whereupon, Exhibit Number 2,

20         test results spreadsheet, marked for

21         identification.)

22    A    I have it up.

23    Q    We are going to be focusing on the tab called

Page 105

```
 1    Q    Okay.  And you have not seen any test results

 2         indicating any drop fires with the components

 3         that went into production with the voluntary

 4         upgrade program, right?

 5    A    Correct.

 6    Q    Let's go down to the second page.

 7              Same question, do you see the

 8         negative 90-degree angle, it says, "Release on

 9         drop number 17, manual safety was engaged

10         after drop."

11              Do you see that?

12    A    Yes.

13    Q    So similar to the above, there was an issue

14         indicative of a drop fire on drop number seven

15         and after inspecting the pistol, the manual

16         safety was found to be engaged following the

17         drop, right?

18    A    What it is saying is there wasn't a fire,

19         there was a striker release, and the manual

20         safety was engaged after the drop.

21    Q    Thank you.  And let's take a look at the third

22         and final page.

23              Here we are seeing a fire on drop
```

1           number 16 and a release on number 20, and the

2           same issue with the manual safety was found to

3           be engaged after both releases, right?

4     A     Yes.

5     Q     You can set this document aside, please.  One

6           moment, please.

7                     (Whereupon, Exhibit Number 64,

8           E-mail, marked for identification.)

9     Q     I made Exhibit 64 available.  Let me know when

10          you have that up, please.

11    A     Okay.

12    Q     Have you seen Exhibit 64 before?

13    A     I have not, but it is an e-mail addressed to

14          me.  I just don't recall reading it.

15    Q     It is actually, for the sake of the record, it

16          says it is an e-mail from you --

17    A     Excuse me.

18    Q     No problem.  Long day for us all.  This is

19          dated November 23, 2016, right?

20    A     Yes.

21    Q     And below that, there is an e-mail from Adrian

22          Thomele to Ed Murphy that you are copied on?

23    A     Yes.

SEAN TONER        May 19, 2021

1              for sale?

2       A    We did look at some of the NATO orientations,

3              yes.

4       Q    Same question about ULM standards?

5       A    We did not do ULM standards, but again, ULM is

6              a standard in which they pretty much drop it

7              at whatever angle they want.  It is not a

8              super-defined spec.

9       Q    Is there a standard under which state tested

10             P320 before its initial sale -- strike that.

11                    Is there any particular standard on

12             this list that Sig followed when testing the

13             P320 prior to its initial sale, in connection

14             with drop testing?

15      A    Yes.  SAAMI and NIJ.  As well as NATO.

16      Q    Does it surprise you that there is two

17             occurrences of drop buyers under the NIJ

18             standard for the P320 SC model?

19                    MR. JOYCE:  Objection to form.  You

20             can answer over objection.  Objection to the

21             foundation.  You can answer over the

22             objection.

23                    THE WITNESS:  Can you repeat the

Veritext Legal Solutions
866 299-5127

SEAN TONER          May 19, 2021

1          question?

2    Q    Does it at all surprise you there were two

3         drop fires when testing the P320 SC pursuant

4         to NIJ standards, right?

5                    MR. JOYCE:  Same objection.

6                    THE WITNESS:  No, it doesn't.

7    Q    Prior to selling the P320, Sig had conduct

8         drop testing pursuant to the NIJ standards,

9         right?

10   A    Correct.

11   Q    Presumably no drop fires were found when

12        conducting those tests, right?

13   A    Correct.

14   Q    Do you know why two drop fires were found when

15        doing testing pursuant and to the NIJ

16        standards here and no drop fires had occurred

17        previously?

18   A    One of the things you will notice on the

19        spreadsheet is that there is multiple drops,

20        you see the amount of drops as 70.  So we were

21        dropping the gun multiple times and one

22        orientation and moving to another orientation

23        dropping it multiple times, which is beyond

Page 130