# Exhibit 2

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF NEW HAMPSHIRE
 3
 4    _____
 5    DERICK ORTIZ, individually and on behalf )  Case No.
 6    of all others similarly situated,        )  1:19-cv-01025-JL
 7                  Plaintiff,                 )
 8              vs.                            )
 9    SIG SAUER, INC.,                         )
10                  Defendant.                 )
11    _____)
12
13              REMOTE VIDEOCONFERENCE DEPOSITION
14    OF ADRIAN J. THOMELE, called as a witness by and on
15    behalf of the Plaintiff, pursuant to the applicable
16    provisions of the Federal Rules of Civil Procedure,
17    before P. Jodi Ohnemus (remotely), RPR, RMR, CRR,
18    CA-CSR #13192, NH-LSR #91, and MA-CSR #123193, at
19    Exeter, New Hampshire, on Wednesday, May 12, 2021,
20    commencing at 10:22 a.m.
21
22
23
24
        JOB NO. 4575147
25      PAGES: 1 - 145
```

Page 1

| | | |
|---|---|---|
| 1 | Q.   Okay. | 12:58:00 |
| 2 | A.   I'm referring to the email as a baseline. | 12:58:05 |
| 3 | Q.   And so when Mr. Tuohy called Sig on August | 12:58:10 |
| 4 | 4th, is that the first time that Sig realized that | 12:58:15 |
| 5 | there was a drop fire problem with the P320? | 12:58:18 |
| 6 | MR. JOYCE:  Objection to form. | 12:58:23 |
| 7 | You can answer over objection. | 12:58:25 |
| 8 | A.   No. | 12:58:29 |
| 9 | Q.   When was the first time that Sig realized | 12:58:32 |
| 10 | there was a drop fire problem with the P320? | 12:58:34 |
| 11 | MR. JOYCE:  Same objection. | 12:58:37 |
| 12 | A.   Depending on the -- the specifics of what | 12:58:41 |
| 13 | you define as a problem, it's early 2017. | 12:58:43 |
| 14 | Q.   Okay.  When the Army told Sig about the -- | 12:58:50 |
| 15 | the testing that they had done; right? | 12:58:53 |
| 16 | A.   There was one incident prior to the -- the | 12:58:56 |
| 17 | Army in that same time frame where another -- a | 12:58:59 |
| 18 | different customer had done an off-standard | 12:59:02 |
| 19 | testing. | 12:59:08 |
| 20 | Q.   When was that? | 12:59:08 |
| 21 | A.   Again, early 2017.  About the same time | 12:59:10 |
| 22 | frame, as -- as far as I can recall. | 12:59:14 |
| 23 | Q.   Which customer was that? | 12:59:18 |
| 24 | A.   There was a customer called Caracal. | 12:59:19 |
| 25 | Q.   Can you spell that? | 12:59:23 |

|     |    |                                                      |          |
|-----|----|------------------------------------------------------|----------|
| 1   | A. | C-a-r-a-c-a-l.                                       | 12:59:24 |
| 2   | Q. | What is Caracal?                                     | 12:59:29 |
| 3   | A. | Say again?                                           | 12:59:30 |
| 4   | Q. | What is Caracal?                                     | 12:59:31 |
| 5   | A. | That's a customer from -- that we                    | 12:59:36 |
| 6   |    | delivered guns to.                                   | 12:59:38 |
| 7   | Q. | Do you know is Caracal a business?                   | 12:59:39 |
| 8   | A. | It's a business, yes.                                | 12:59:42 |
| 9   | Q. | And what kind of business is Caracal                 | 12:59:44 |
| 10  |    | involved in?                                         | 12:59:46 |
| 11  | A. | Firearms business, firearms industry.                | 12:59:52 |
| 12  | Q. | Are they a retailer?                                 | 12:59:54 |
| 13  | A. | They are a company that makes firearms,              | 12:59:56 |
| 14  |    | but at that time my understanding is that they       | 01:00:01 |
| 15  |    | purchased our firearms and sold them as a Caracal    | 01:00:03 |
| 16  |    | model -- as a contractor, I think.                   | 01:00:09 |
| 17  | Q. | And when did Caracal tell Sig that they              | 01:00:17 |
| 18  |    | were experiencing drop fires?                        | 01:00:22 |
| 19  | A. | I cannot recall, but it's either very late           | 01:00:26 |
| 20  |    | 2016, I assume, or early 2017 -- with their SKU,     | 01:00:31 |
| 21  |    | which is also, as far as I remember, a different     | 01:00:37 |
| 22  |    | version as well. So it's not the same -- it's not    | 01:00:39 |
| 23  |    | the standard model at all times.                     | 01:00:46 |
| 24  | Q. | Now, the version of the -- it's a version            | 01:00:48 |
| 25  |    | of the P320 that was sold to Caracal, right?         | 01:00:50 |

Page 89

```
 1    That's what we're talking about?                         01:00:53
 2        A.   Yes.                                            01:00:55
 3        Q.   And the version of the P320 that was sold       01:00:56
 4    to Caracal, did that have the same trigger               01:00:58
 5    mechanism parts?                                         01:01:05
 6        A.   I can't tell based off top of my head.          01:01:07
 7        Q.   Okay.  And do you know what kind of drop        01:01:15
 8    testing Caracal did where they discovered the drop       01:01:17
 9    fire problem?                                            01:01:19
10        A.   As far as I recollect, they also conducted      01:01:20
11    a NATO drop testing, but they also went on --            01:01:26
12    outside of the testing standard.                         01:01:29
13        Q.   Did Caracal find a problem with negative        01:01:33
14    30 degrees, or is that a different orientation?          01:01:35
15        A.   I -- I don't -- I can't tell you top of my      01:01:39
16    head, but I'm pretty sure it was also negative 30        01:01:42
17    degrees.                                                 01:01:44
18        Q.   Okay.  And so by August 4th when Mr. Tuohy      01:02:09
19    calls Sig, the -- the Army had reported a drop fire      01:02:13
20    problem with the military version; right?                01:02:20
21        A.   Yes.                                            01:02:28
22        Q.   And -- and Caracal had reported a similar       01:02:29
23    version of the P320 that -- that Sig had sold it;        01:02:35
24    right?                                                   01:02:38
25        A.   Of a variant, and I'm not familiar enough       01:02:41
```

Page 90