# EXHIBIT 10

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF NEW HAMPSHIRE
 3

    _____
 4                                  )
                                    )
 5   DERICK ORTIZ, individually     )
     and on behalf of all others    )
 6   similarly situated,            )
                                    )
 7            Plaintiff,            )
                                    )
 8       vs.                        ) Case No.
                                    ) 1:19-cv-01025-JL
 9   SIG SAUER, INC.,               )
                                    )
10            Defendant.            )
    _____)
11
12
13
14      REMOTE VIDEOTAPED DEPOSITION OF SEAN MANNING
15                 Dover, New Hampshire
16                 Friday, May 7, 2021
17                      Volume I
18
19
20
21   Reported by:
     CHRIS TE SELLE
22   CSR No. 10836
23   Job No. 4563338
24
25   PAGES 1 - 104
```

Page 1

```
 1  different.  Did you ever hear of any drop fire      01:27:12
 2  incidents with the Sig P320, whether in testing or
 3  otherwise?
 4      A.  Yes, and I was saying we were notified
 5  about the upgrade program, which had happened after  01:27:23
 6  a, there was a lot in social media about a 320
 7  firing when dropped.
 8      Q.  And do you have any understanding of what
 9  happened there?
10      A.  I don't have all the details of the         01:27:53
11  situation when it did fire.  I heard that it
12  happened, and there was a lot of, Sig was getting a
13  lot of backslash, and, shortly after that, there was
14  the upgrade program.
15      Q.  Was White Birch selling the P320 at that    01:28:15
16  time?
17      A.  Yes.  We did go through our bound book,
18  and facilitated customers in sending in their
19  firearms.
20      Q.  How did you do that?                        01:28:39
21      A.  We had retained all of the forms, the
22  background check forms, got ahold of them either
23  through calling them or e-mailing them, whichever
24  information that we had, so that they were aware.
25      Some of them --                                 01:29:09
                                                         Page 98
```

```
 1      Q.  And did you -- please, finish.              01:29:09
 2      A.  Some of them opted in, others opted out.
 3      Q.  So, some people decided to get their P320
 4  repaired, and some didn't?
 5      A.  Correct.                                    01:29:25
 6      Q.  Do you know why some people decided not to
 7  use the voluntary upgrade?
 8      A.  Some of them just didn't feel the need to
 9  go through the process.  They were, they were okay
10  with the firearm as it was.  Others had mentioned   01:29:47
11  that there was a change in how the trigger, the
12  trigger pull felt, and they, they wanted to keep
13  their firearm as is.
14      Q.  And do you know what the change for the
15  trigger pull was?                                   01:30:10
16      A.  I do not.  They had just said that there
17  was a difference in feel.  I don't know if it was a
18  harder, softer, less smooth trigger pull.  I don't
19  know.
20      Q.  For your customers who wanted to utilize    01:30:33
21  the voluntary upgrade program, what was that, what
22  did that process entail, do you know?
23      A.  Most of that was handled by our sales
24  managers.  I believe we had, there was a website,
25  plug in your, the serial number of the firearm,     01:30:58
                                                         Page 99
```

```
 1  you'd get a RMA, and then send it in to be repaired  01:31:02
 2  or upgraded.
 3      Q.  And then Sig would send it back?
 4      A.  Correct.
 5      Q.  And, did you know how long that process     01:31:24
 6  took?
 7      A.  I do not recall.  I think it was,
 8  generally, a pretty quick turnaround.  Maybe a
 9  matter of weeks.
10      Q.  Were you ever aware that the P320 was sold  01:32:54
11  to the military?
12      A.  Yes.  The MHS program.
13      Q.  What's the MHS program?
14      A.  The modular handgun system.
15      Q.  And did you ever become aware that the     01:33:11
16  military reported drop fire issues with the P320?
17      MR. GIBSON:  Objection to form and foundation.
18      You can answer.
19      THE WITNESS:  I wasn't involved in
20  corresponding with the military testers, so I didn't 01:33:32
21  know that they had done their own individual tests,
22  and had that same primer ignition.
23  BY MR. ARISOHN:
24      Q.  You never heard anything about the
25  military's, military taking issue with the drop    01:33:52
                                                        Page 100
```

```
 1  fires in the P320?                                  01:33:57
 2      A.  I know the --
 3      Q.  Go ahead.
 4      A.  I know the 320s, the changes that they
 5  were making for the upgrade, they didn't make that  01:34:04
 6  change to the MHS firearms.  I didn't recall that
 7  it, that it had originated from a test result from
 8  the military, or if that was already in the works,
 9  and it was concurrent.
10      Q.  Did any of those issues with the military   01:34:30
11  happen while you were at Sig?
12      A.  When did the MHS testing start?
13      Q.  I'm just asking you if you recall any of
14  those issues arising while you were at Sig.
15      A.  I don't believe so.                         01:34:54
16      MR. ARISOHN:  Okay, I don't have any other
17  questions.
18      Anything?
19      MR. GIBSON:  Nothing from me.
20      MR. ARISOHN:  Okay, great.  Thank you, Mr.      01:35:09
21  Manning, I appreciate your time.
22      THE WITNESS:  Thank you.
23      MR. GIBSON:  Josh, if you could just remember
24  to get me something on Jordan from Joe, just so we
25  can --                                              01:35:17
                                                         Page 101
```