U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
MAY 04 2022
FILED

# *Derick Ortiz v. Sig Sauer, Inc.*
## 2022.05.04 Hearing, 9:30 AM

### Judge Joseph N. Laplante
### U.S. District Court, District of New Hampshire
### 55 Pleasant Street, Room 110, Concord, NH 03301-3941

Weir Demonstratives ................................................................................................ 1

2022.04.01 Motion for Summary Judgment Order ................................................... 2

Expert Report and Disclosure of Steven P. Gaskin .................................................. 3

2021.07.22 Lemon Transcript .................................................................................... 4