# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 04 2022

FILED

Ortiz
v.
Sig Sauer

Case # 19-cv-1025-JL

## EXHIBITS

OFFERED BY: Sig Sauer

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A | Expert Report of Andrew Y. Lemon, Ph.D 6.2.21 |
| B | Supplemental Report of Andrew Y. Lemon, Ph.D. 8.6.21 |
| C | Expert Disclosure of Steven P. Gaskin |
| DD | Rebuttal Expert Report of Steven P. Gaskin in Response to Report of Andrew Y. Lemon Ph.D. |
| E | Declaration of Colin B. Weir 2/26/21 |
| F | Rebuttal Declaration of Colin B. Weir 7/28/21 |
| G | Supplemental Declaration of Colin B. Weir 8/6/21 |
| H | Declaration of Colin B Weir 8/13/21 |
|  | Powerpoint presentation |

USDCNH-25 (2-96)