UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Derick Ortiz</u>

    v.

<u>Sig Sauer, Inc.</u>                      Case No. 19-cv-1025-JL

<u>JUDGMENT</u>

In accordance with the Order by District Judge Joseph N. Laplante, dated March 23, 2020, and the Stipulation of Dismissal filed by counsel on January 23, 2024, judgment is hereby entered.

                                      By the Court:

                                      <u>/s/ Daniel J. Lynch</u>
                                      Daniel J. Lynch
                                      Clerk of Court

Date: January 24, 2024

cc:   Counsel of Record